UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
MYRREHELEKI TURNER,                                    :
:
                    Petitioner,     :
:        18-CV-492 (JPC)
    -v-                                                      :
:        NOTICE OF
HAROLD GRAHAM,                                          :        REASSIGNMENT
:
                    Respondent.    :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

      SO ORDERED.

Dated: October 16, 2020
       New York, New York

                                                JOHN P. CRONAN
                                        United States District Judge