UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
              :
MYRREHELEKI TURNER,                      :
                      :
         Petitioner,            :
                      :     18-CV-492 (JPC)
     -v-                   :
                      :     <u>ORDER</u>
HAROLD GRAHAM,                        :
                      :
         Respondent.         :
                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On January 19, 2018, Petitioner Myrreheleki Turner filed a petition for habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. 1. He filed a supplemental petition on July 22, 2019. Dkt. 16. Respondent opposed this on March 24, 2020, Dkt. 24, and Petitioner replied on April 6, 2020, Dkt. 25. The undersigned was reassigned to this matter on September 29, 2020.

      It appears that several key aspects of the state court record are missing from the docket. By March 10, 2021, the parties shall file a joint letter that attaches the following items as individual exhibits:

- People's Exhibit 33b (transcriptions of telephone conversations);

- Petitioner's initial motion pursuant to New York Criminal Procedure Law § 440.10, filed on January 15, 2018 and any other relevant papers;

- Justice Pickholz's May 2018 order denying Turner's initial § 440.10 motion and ordering an evidentiary hearing with respect to his supplemental § 440.10 motion; and

- The exhibits Respondent stated it would file with its Answer, *see* Dkt. 24, Answer at 8.

      Respondent's counsel shall also send a copy of the transcript of Ms. Roebuck's grand jury testimony to chambers via email at CronanNYSDChambers@nysd.uscourts.gov. The Court will

then file a copy of this under seal.

The Court also notes an attachment to the Petition, namely, Dkt. 16, Ex. G—People's Trial Exhibit 18A (surveillance video), was never received by the Court. If Petitioner wishes the Court to rely on this video, Petitioner shall file this exhibit by March 10, 2021, mailing a CD containing the relevant video footage, along with a copy of this Order, to the following address: United States District Court for the Southern District of New York, Open Records, Room 370, 500 Pearl Street, New York, NY 10007. Petitioner shall also mail a courtesy copy of the CD to chambers.

If either party believes that any of these items cannot be filed with the Court, or cannot be served on the opposing party, that party shall indicate this along with an explanation in the joint letter due March 10, 2021.

SO ORDERED.

Dated: March 3, 2021
New York, New York

JOHN P. CRONAN
United States District Judge