# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MYRRHELEKI TURNER,

                Petitioner,                18 **CIVIL** 492 (JPC)

    -against-                        **JUDGMENT**

HAROLD GRAHAM, Superintendent of Auburn
Correctional Facility,

                Respondent.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 17, 2021, the Court has denied Turner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Furthermore, because Turner has not made "a substantial showing of the denial of a constitutional right," the Court will not issue a certificate of appealability. 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**DATED:**  New York, New York
                March 18, 2021

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                  **Clerk of Court**
                **BY:**             *K. Mango*
                                                  _____
                                                  **Deputy Clerk**